# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2026-0013

_____

DEPARTMENT OF CHILDREN AND
FAMILIES,

Appellant,

v.

JAY SAUNDERS,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
George Micah Wright, Judge.

July 24, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, NORDBY, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

SaVannah Bentley, General Counsel, and Susan Schwartz Hetrick, Deputy General Counsel, Department of Children and Families, Tallahassee, for Appellant.

Jesse W. Smith of Glassman & Zissimopulos, PLLC, Gainesville, for Appellee.